IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANEUDAE CS WATSON, SR.,

        Plaintiff,                     No. CIV S-06-1080 LKK GGH P

    vs.

SACRAMENTO COUNTY
DEPUTY SHERIFF LARCOM, et al.,

        Defendants.          ORDER
_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 27, 2007, the court ordered the United States Marshal to serve the complaint on defendant Larcom. Process directed to defendant Larcom was returned unserved because "contact info unknown." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed May 18, 2006;

    2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

     a.  One completed USM-285 form for defendant Larcom;

     b.  Two copies of the endorsed complaint filed May 18, 2006; and

     c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED:  7/25/07

               /s/ Gregory G. Hollows

               GREGORY G. HOLLOWS
               UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
wats1080.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANEUDAE SC WATSON, SR.,

       Plaintiff,　　　　　　　　No. CIV S-06-1080 LKK GGH P

  vs.

SACRAMENTO COUNTY
DEPUTY SHERIFF LARCOM, et al.,　　　NOTICE OF SUBMISSION

       Defendants.　　　　　　　　OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __One__　　completed summons form

    __One__　　completed USM-285 forms

    __Two__　　copies of the __May 18, 2006__
                     Complaint/Amended Complaint

DATED:

                                              Plaintiff